Nixon, Administrator of Smith, v. Dye.

[217] NIXON, ADMINISTRATOR OF SMITH, v. DYE.

A *feme covert* suing as sole, shall not, after judgment, assign her coverture for error.

*Certiorari* to Justice Combs.

The reasons assigned for reversing the judgment in this case were—

1st. That Elizabeth Nixon, the plaintiff below, was married before and at the time of commencing the action, to one Robert Nixon ; and it was argued, that as this would have been a fatal objection to the judgment had it been against the defendant, the benefit of the exception should be reciprocal.

2d. That the sum found against her by the jury had been allowed on a former settlement.

PER CUR. She having instituted this action as if she were sole, and the judgment going against her, she shall not be permitted to assign her coverture for error. *Carthew* 200.

Judgment affirmed.

NOTE.—The court said nothing with regard to the second exception, overruling it, no doubt, as a mere question of fact within the issue, and settled by the jury.